**Order entered October 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01275-CV

### IN RE ALFRED LEE STONE, Relator

### Original Proceeding from Dallas County, Texas

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of
mandamus. We **ORDER** relator to bear the costs of this original proceeding.


/s/     MOLLY FRANCIS
        JUSTICE